THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GERALD VOCALINO, Defendant-Appellant.

(No. 69-164;

Second District—June 9, 1971.

Opinion by Mr. JUSTICE GUILD.

John Vogel, Deputy Public Defender, of Wheaton, for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT HARDNETT, Defendant-Appellant.

(No. 70-9;

Second District—June 9, 1971.